IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES CURRY, JR.                                                                                       PLAINTIFF

V.                                                           CIVIL ACTION NO.: 1:20-CV-166-SA-DAS

HOLIDAY INN                                                          DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

On November 4, 2020, Magistrate Judge Sanders entered a Report and Recommendation [6] in this cause. In the Report and Recommendation, Magistrate Judge Sanders recommended that Curry's "application to proceed in forma pauperis be DENIED and his Complaint against the Holiday Inn be DISMISSED for failure to state a claim." [6], p. 6. The Report and Recommendation [6] also afforded Curry a period of fourteen (14) days to raise any Objection that he may have to the Report and Recommendation. Despite the passage of well more than fourteen (14) days, Curry has not objected to the Report and Recommendation.

Where no objection is filed, the Court "need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F.Supp.2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Serv. Auto. Ass'n*, 79 F.3d 1415, 142-29 (5th Cir. 1996)). The Court has reviewed the Report and Recommendation and finds it to be well-reasoned and that there is no plain error.

The Court therefore ADOPTS IN FULL the Report and Recommendation [6]. The Plaintiff's claims are hereby dismissed *with prejudice*. This CASE is CLOSED.

SO ORDERED, this the 20th day of January, 2021.

                                                    /s/ Sharion Aycock
                                                    UNITED STATES DISTRICT COURT JUDGE